Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_MIDDLE_ District of _PENNSYLVANIA_

_____ Division

Case No. _____

)
)  *(to be filled in by the Clerk's Office)*

_JASPER DOCKERY_
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

)
)
)
)
)
)
)
)

**FILED**
**SCRANTON**

SEP 15 2020

PER _____
**DEPUTY CLERK**

-v-

_BALTAZAR, WARDEN; RARDINDEP-_
_UTY WARDEN; BAYSORE, UNIT MAN-_
_AGER; MUSHAWH; CASE WORKER; BAL-_
_LELA, LIEUTENANT; AND UNITED STATES_
_DEFENDANTS._
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

*IN MAHER DOCKERY DECEASE, HE DESIGNATED HELEN & VANESSA DALRYMPLE(S)*
*ADMINISTRATRIX OF HIS LAWSUIT AND HIS ESTATE ELMAS OF THE LAWSUIT.*
Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

*NOTICE: IN CASE DOCKERY DEAD HE ASKED THE*
*COURTS TO PERMIT HIS DAUGHTER VANESSA(HELEN*
*DALRYMPLE(S), BE THE PEOPLE, CONSTANCE REPRESENTIVE*
*OF HIS ESTATE IN THIS INSTANT LAW SUIT WITH ATTORNEY.*
*JASPER DOCKERY (#29631052 USP BEAUMONT(8/25/2019.)*
*NOTICE: PLAINTIFF ALSO RESERVE HIS RIGHTS TO FILE*
*A TYPE UP COMPLAINT WORD FOR WORD AS HIS HAND*
*WRITTEN COMPLAINT WILL FILED WITH THE*
*COURT AND ADVERSE PARTIES AS SOON AS*
*IT CAN BE GET DONE.*

*(PG#*

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — JASPER DOCKERY

All other names by which you have been known:

ID Number — 29631052

Current Institution

Address

|  | City | State | Zip Code |
|---|---|---|---|

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — BALTAZAR WARDEN

Job or Title *(if known)* — USP CANAAN WARDEN

Shield Number

Employer — UNITED STATES

Address — U.S. DEPT OF TREASURY WASHINGTON D.C. & 320 FIRST ST. N.W. WASHINGTON D.C. ("FBOP")

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

(Pg #2)

Defendant No. 2

Name — RARDEN, DEPUTY WARDEN

Job or Title *(if known)* — DEPUTY WARDEN

Shield Number

Employer — UNITED STATES.

Address — U.S. DEPARTMENT OF TREASURY D.C. & 320 FIRST ST. N.W. WASH D.C. ("FBOP")

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

Name     RANSOPE, UNIT MANAGER.

Job or Title *(if known)*   UNIT MANAGEMENT.

Shield Number

Employer     FBOP IANDIAR UNITED STATES,

Address      U.S. DEPT OF TREASURY WASH D.C.

OR 320 FIRST ST NW OC. 20534 FBOP.

      City     State    Zip Code

[ ✓ ] Individual capacity    [ ] Official capacity

**Defendant No. 4**

Name     WASHAWH CLASEWORKER.

Job or Title *(if known)*   USP CANAAN CLASE WORKER.

Shield Number

Employer     UNITED STATES, FBOP CANAAN.

Address      U.S. DEPT OF TREASURY AND 320

FIRST ST. N.W. WASH DC. FBOP.

      City     State    Zip Code

[ ] Individual capacity    [ ] Official capacity,

*PARTIES TO THIS COMPLAINT CONTINUE ON ATTACH (Pg 3 of 11a)*

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights. *28 USCS 1331 & 28 USC 1332. DIVERSITY JURISDICTION.*

A.  Are you bringing suit against *(check all that apply)*:

*(Pg #8)*

[ ✓ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? *FIRST AMENDMENT VIOLATION. "ACTUAL INJURY" MAY BE PROVEN WHEN PRISON OFFICIALS CONFISCATED AND FAILED TO RETURN GOMES AFFIDAVIT, AND ITS ORIGINAL EXHIBITS, FOR HIS RESPONSE COURT ORDER 22 SU. WRIT OF HABEAS CORPUS. EVIDENCE OF ACTUAL OR IMMINENT INTERFERENCE WITH HIS ACCESS TO THE 22 SU WRIT OF HABEAS CORPUS COURT US DISTRICT COURT FOR DISTRICT OF COLUMBIA ORDER DOCKERY SHALL RESPOND 2016; RAROSY, BAGRZAR AND GALELA, CONSTITUE WILLFUL TORT WIN IN VIATED BY DESIRE TO PUNISH DOCKERY IN RETALITORY FOR EXERCISE HIS CONSTITUTIONAL RIGHT. MAY ESTABLISH 14 CLAUSE OF FIRST AMENDMENT. RET WILL CONT. (TITLE*

DEFENDANT No 5.
    NAME
    Job Title
    Shield Number
    Employer
    Address

PARTIES TO COMPLAINT CON-
TINUE ON [ATTACH (Pg. 3 of 11a)

GIALLELA.
LIEUTENANT

UNITED STATES F-B.O.P
U.S. DEPT OF TRESURARY WASH D.C.
FB.O.P 320 FIRST ST. NW D.C. 20534

DEFENDANT NO 6.
    NAME
    Job Title
    Employer
    Address

UNITED STATES
EMPLOYER OR U.S. GOV.

SEE EMPLOYER OR OWNER
UNITED STATES DEPARTMENT OF
TRESURARY WASHINGTON D.C.

(Pg #9)

(Pg 3 of 11a)

HAVING ESTABLISHED RETALIATION CLAIM. HE Need NOT PROVE
HE HAD INDEPENDENT... LIBERTY" AND "PROPERTY"
INTEREST OF DUE PROCESS CLAUSE LANGUAGE
(OF 14TH AMENDMENT) FIFTH AMENDMENT CLAIM

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

THAT THE SHORT COMING CAUSED BY DEFENDANTS MALICIOUS
CONFISCATED HIS AFFIDAVIT AND ITS ORIGENAL EXHIBITS
HENDERED HIS EFFORT TO PURSUE HIS FREEDOM VIA
MERITROUS 2254 WRIT OF HABEAS CORPUS. THAT HE HAD SUFFE
ARGUABLY ACTIONABLE HARM. THAT HE WISHED BRING BEFORE COU
BUT WAS SO STYMIED BY CONFISCATED OF HIS AFFIDORVIT-BY A
HE WAS UNABLE TO FILED HIS RESPOND 2254 SINCE 2016-2019,

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any
     statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
     42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
     of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
     federal law. Attach additional pages if needed. #1) BECAUSE DOCKERY HAD FILED A
CIVIL SUIT AGAINST MUSHAH, HE STATES HE AND HIS EMPLOYEE AND SUP
ERVISOR TALK ABOUT DOCKERY AND THE LAWSUIT, AND THEY AU AGRE
THAT DOCKERY SHALL BE LOCKED UP IN SHU. TRUS 'MUSHAH RETALIA
AGAINST DOCKERY VIA SANCTION HE BE PUT EN SHU ON FALSE UDC REA
306 & 307, VIOLATE DOCKERY FIRST AND FIFTH (CONTINUE IN ATTACH 4 OF 1

III.   **Prisoner Status**

       Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

       ☐   Pretrial detainee

       ☐   Civilly committed detainee

       ☐   Immigration detainee

       ☑   Convicted and sentenced state prisoner

       ☐   Convicted and sentenced federal prisoner

       ☐   Other (*explain*) _____

(Pg #1C

IV.   **Statement of Claim**

       State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
       alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
       further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
       any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
       statement of each claim in a separate paragraph. Attach additional pages if needed.

       A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

       _____

       _____

       B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.
U.S.P CANAAN CELL #121, C-1 UNIT, 8/30/2017,
8/31/2017, CANAAN SHU 3/31/2017, 4/1/17, 4/17/17,
4/14/17, 4/13/17, 5/3/17, 4/8/17, 5/5/17, 5/12/17,
5/19/17.

(Attach Pg 4 of 11b continue)

AMENDMENTS. #(2) DEFENDANT BAYSORE'S REFUSES PERFORMED HER DUTIES, AN ACT OF BREAKING THE LAW OR OF NONFULFILLMENT OF HER OBLIGATION. THAT SHE ALSO CONSPIRE OR IA CONTESCENCE WITH MUSHALIAH, RARDIN, BALTAZAR, IAND GIALELA TO PARTICIPATE IN RETALIA-TORY ACTS AGAINST DOCKERY, USA MUSHALIAH, JTRON DOCKERY IN SHU. BAYSORE REFUSES TO TAKE THE IAFFIDAVIT IAND ITS EXHIBITS OR-SIGINAL, THEN BALTAZAR CAME TO DOCKERY'S IASSIGNED CELL IN IA HOSTILE FASHION ABOUT DOCKERY WRITTING HIM ABOUT BAYSORE REFUSES TO TAKE THE IAFFIDAVIT IAND COPY IAND MAIL TO COURT, THEN HE BECOMES RARDIN Thereafter IAS THE GOOD GUY. WANT: TO KNOW WHAT WAS IT DOCKERY WANT TO GET DONE WHY HE WRITE BALTAZAR. THUS THEN DOCKERY TOLD RARDIN THE SAME HE WROTE BALTAZAR. IAND TOLD HIM. HE IARRANGED FOR DOCKERY TO HAVE IT READY FOR HIM MAY 12, 2017. HE IAND DAVIS IAND ITS ORIGINAL EXHIBITS IAND WALK OFF RARDIN STATES THEN YOU TRY TO FUCK ME BUT NOW YM WANT ME DO YOU FAVOR. REFUSE TO DO HIS. JOB VIOLATE FIRST & FIFTH AMEND RIGHTS. BUT THEY REFUSES TO EVEN RETURN THE IAFFIDAVIT IAND "EXHIBITS ORIGINAL".

(Pg#11)

NOTICE: THE FIRST PERSON MR. DOCKERY TALK TO ABOUT PICK-UP HIS IAFFID-IAVIT IAND EXHIBITS FOR COPY IAND MAILED TO COURT WAS SCAMBONE C-1 UNIT COUNSELOR; SECOND PERSON DOCKERY TALK TO WAS BAYSORE; THIRD PERSON DOCKERY CONTACT USA WRITING WERE BALTAZAR. EVEN THOUGH HE DID NOT TAKE THE IAFFIDAVIT FROM DOCKERY HE PLANED WITH RARDIN IAND GIALELA TO SO

(AHAW Pg 4 of 11c)

NOTICE FOR THE RECORD, THAT MR.
DOCKERY'S AFFIDAVIT AND EXHIBIT
THAT DEFENDANTS MALICIOUSLY
RECKLESSLY CONFISCATED NOT ONLY
DEMONSTRATED FACTS AND LAW
OF FRAUD ON THE COURT BUT MR.
DOCKERY PRIOR 2254 WRIT OF HABEA
CORPUS THAT THE D.C. FEDERAL COURT
MIS-OR-RE-CHARACTERIZED AS 2241 AND
TRANSFER IT TO WEST-VIRGINIA, AND LATER
TRANSFERRED to LOUISIANA, U.S. DISTRICT COURTS AND
UP INTO THE 5TH CIRCUIT COURT OF APPEAL, AND
LATER DISMISSED 2241 WAS IMPROPER Vehicle
DOCKERY WAS RIDING ON ALL ALONG THE PROCESS
IN 2005 THE D.C. Local-STATE COURT OF
APPEAL HAD RULED THAT 2254 WRIT OF
HABEAS CORPUS WAS THE PROPER WRIT FOR
D.C. LOCAL PRISONER TO RIDE ON IN U.S.
DISTRICT COURT, BUT IN 2006 THE D.C.
FEDERAL COURT MIS-OR-RE-CHARACT-
ERIZED DOCKERY'S 2254 WRIT OF
HABEAS CORPUS AS BEEN 2241. AND (Pg #
TRANSFER IT. "COVERING UP FOR PROSECUTOR"
THAT SOME OF THE TIME DURING
THE EVENTS IN QUESTION DOCKERY WAS BEEN
THROW IN SHU AND SMU. DURING THE PRO-
CESS SATISFIED WARRANT EQUITABLE
TOLLING TO RE-FILED 2254 WRIT
OF HABEAS CORPUS. could Never BE
LATE FILING. WAS PART OF SUBJECT-
MATTER 2254 WRIT OF HABEAS CORPUS
RESPONSIVE AFFIDAVIT AND ORIGINAL
EXHIBITS. EVEN THOUGH SPECIFIC DATES FROM
THE AFFIDAVIT AND ITS EXHIBITS CONFISCATED
REGARDING RE-CALLED ITS ....

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

SEE SUBSECTION B INFRA.

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* ON 3/30/2017 DOCKERY TALK WITH CASE WORKER MUSHALAH, ABOUT CELL ASSIGNMENT IN MUATES TO CELL 121 WITH DOCKERY NOT COMPATIBLE. MUSHALA GAVE DOCKERY A LIST OF SEVEN CELLS, HE SHALL MOVED INTO, OR ELSE HE INSTRUCTED C.O. RUDE TO CALLED PRISON COMPOUND-STAFF, AND REMOVED DOCKERY TO SPECIAL HOUSEA UNIT SHU ON 3/30/17 DOCKERY LOOK AND TALK WITH THE OCCUPANT OF ALL SEVEN CELLS, U BUT THEY WERE ALL (D. CONTINUE ON ATTACH PAGE)

V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. DOCKERY SUFFER LIBERTY INTEREST INJURY IN OBTAINING HIS FREEDOM FROM FALSE AND FRAUDULENT CONVICTION BUT FOR THE RETALIATION IN CONFISCATED AND FAILED TO RETURN HIS AFFIDAVIT AND EXHIBIT, THAT WITHOUT AFFIDAVIT AND EXHIBITS DOCKERY CAN NOT ESTABLISH MATERIALITY OF MISSING TESTIMONY NECESSARY PROVE HIS INEFFECTIVE ASSISTANCE OF APPEAL COUNSEL CLAIM. NOTICE THIS LAW SUIT IS NOT A PETITION FOR WRIT OF HABEAS CORPUS, IT IS A WRIT OF WARDENS PREVENTING HIM FROM BRING HABEAS CORPUS VIA

VI.   Relief   WARDEN TAKING AWAY HIS RESPONSIVE AFFIDAVIT & EXH. #1 A 2 SUJ HABEAS PROCEEDING COLLATERALLY.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. DOCKERY REQUEST TRIAL BY JURIES OF HIS PIAR. JUDGMENT AGAINST EACH DEFENDANTS INDIVIDUALLY IN THE SUM OF OF $5,000,000.00 AGAINST EACH DEFENDANTS SEVERALLY AWARD VIOLATION. OF DOCKERY CONSTITUTIONAL AND STATUTORY RIGHTS. DISCHARGE FROM JOB NON PENSION. THAT DEFENDANT UNITED STATES IS LIABLE (#13 of 9)

FORITS EMPLOYEES Negligence CONDUCT OR NON-FULFILLMENT OF AN OBLIGATION THAT IS TAKING AFFIDAVIT AND EXHIBITS TO BE COPY AND MAIL TO COURT AND ADVERSE PARTY BUT CONFISCATED IT AND STRESS DOCKERY TRY TO FLECKED HIM IS A RETALIATORY STATEMENT $6,000,000.00 LIABILITY

(D ATTACH Pg 1)

(SECTION D. CONTINUE) OCCUPANTS OF GANG MEMBERS OR NONE-BLACKS. THIS CONDUCT BY MUSHALAH, MAY VIOLATES EIGHT AMENDMENT PROTECTS AGAINST SUFFICIENTLY IMMINENT DANGER AS WELL AS CURRENT UNNESSACY AND WANTON INFLICT OF PAIN AND SUFFERING, FIRST AND FARTH AMENDMENTS.

ON 3/30/17 DOCKERY PACK UP HES PROPERTY AND MOVE INTO 120, CELL, ABOUT 8:30 P.M. CELL WAS CONTROLLED BY BLOOD-GANGS.

ON 3/31/17, A GROUP OF BLOODS PUT DOCKERY'S PROPERTY OUT CELL 12-0, AFTER MUSHALAH INSTRUCTED THEM TO DO SO, DOCKERY OVERHEARD THEIR CONVERSATION PRIOR TO LEADING UP TO EVENTS THEY THROW DOCKERY'S PROPERTY AND LEGAL PAPERS OUT THEIR CELL 20. BLOOD & CREPTS WERE TALKING TO MUSHALAH ON C-1 UNIT

ON 3/3/17 SHORTLY AFTER BLOOD AND CREPTS, THROW DOCKERY'S LEGAL PAPERS AND PROPERTY OUT THEIR CELL, DOCKERY WENT BACK TO MUSHALAH AND REQUEST TO BE GO BACK TO CELL 121 ORIGINAL ASSIGNED CELL. MUSHALAH TOLD DOCKERY TO FOLLOW HIM AWAY FROM PRESENCE OF ANOTHER PRISONER, LOWER HIM AND UNIT TEAM BACK-ALLEYWAY OF THE PRISON LOCKED THE DOOR AND TOLD DOCKERY HE AND HES SUPERVISOR TALK ABOUT DOCKERY AND THAT LAW SUIT. AND THEN OFFI-JAIL AGREED THAT THEY SHOULD LOCKED HEM UP IN SHU. BECAUSE STAFF STICK TO GATHER BUT INMATES DOES NOT. HE WENT ON THE PHONE AND RAISED AND CALL COMPOUND. HE SAID I AM GOING TO LOCKED YOU UP NO ONE WELL EVER FIND YOU. DOCKERY RAN AND KNOCKED ON UNIT TEAM ALLEYWAY DOOR BETWEEN C-1 & C-2 UNIT AND GOT THE

(D ATTACH Pg 1 CONTINUE)

HE WAS INCARCERATED UNDER CONDITIONS POSING A SUBSTANTIAL RISK OF SERIOUS HARM. MUSHALAH'S

(D. Attach Pg 2)

ATTENTION FROM A WHITE INMATE. DOCKERY ASKED HIM TO RAN TO CELL 120 AND GRABBED A BROWN ENVELOP WITH SOME LEGAL PAPER AND GAVE HIM HE DID. ITS CONTENTS WAS AFFIDAVIT AND ORIGINAL EXHIBITS DOCKERY HAD PREPARED FOR FILING RESPONSE TO GOVERNMENT MOTION FOR SUMMARY DISMISSAL ABSENT MOU THAT DOCKERY FILED. RE-CALLED MOTION OF MANDATE TO LATE, BUT DOCKERY'S MOTION TO RECALLED MANDATE WAS NOT LATE BECAUSE THE GOVERNMENT'S PERPET- RATED FRAUD ON THE COURT THAT IT HAD WARRANTS ISSUE FOR PROBABLE CAUSE BASE ON GRAND JURY RE- TURN INDICTMENT IN UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA, FOR DOCKERY, WAS NOT IN THE NCIC AND OTHER COMPUTER SYSTEM BUT NO SUCH PROCESS WERE NEVER ISSUED. AND FRAUD ON THE COURT CAN BE RAISED AT ANY STAGE OF THE GAME, SAID HAZEL-ATLAS V. HARTFORD-EMPIRE CO UNITED STATES SUPREME COURT 1ST EDITION.

SO DOCKERY'S MOTION TO RE-CALL MANDATE IN D.C. LOCAL-CRIMINAL-COURT-OF-APPEALS WAS NOT LATE.

DOCKERY WAS HELD IN CANAAN SHU ON FALSE UDC REPORT Code 306 & 307 WROTE BY (Pg#15 MASHALLAH. ABOUT APRIL, 2017 DOCKERY WROTE COUNSELOR SCIAMBONE, REQUEST HE PICKED UP AFORE SAID AFFIDAVIT AND ITS EXHIBITS, MAKE TWO COPIES MAILED ONE SET TO U.S. ATTORNEY KIMBERLY PASCHALL AT 555 4TH ST. D.C. SHE IS FORMER U.S. ATTORNEY WHO REPRESENT LOCAL-D.C. GOVERNMENT FOR UNITED STATES PRISON WARDEN U.S.P CANAAN.

※ NOTICE THE WASHINGTON D.C. LOCAL GOVERNMENT ... (D. Attach Pg 2 CONTINUED)

(D Attach Pg 3)

THAT COPIES OF THE SAID AFFIDAVIT SHALL BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CASE# 16-308. THAT SCAMBONE DID NOT RESPOND TO DOCKERY WRITTEN REQUEST TO MAKE THE COPIES AND MAIL TO COURT & U.S. ATTORNEY IN WASHINGTON D.C. ON APRIL 13, 2017 DOCKERY SPOKEN T CANAAN UNIT-1 MANAGER, BAYSORE ABOUT OBTAINED ADMINISTRATIVE REMEDIES IN SHU. AND A U.S. ATTORNEY AND U.S. DISTRICT COURT FOR D.C. RESPONSE AFFIDAVIT AND EXHIBITS TO BE COPY AND MAIL TO THE AFORESAID. BAYSORE TOLD DOCKER SHE WILL HAVE COUNSELOR FISHER TO DO THE PROCOX BUT MR. FISHER NEVER CONTACTED DOCKERY.

ON APRIL 17, 2017 DOCKERY WROTE BALTAZAR, AND ASKED HIM IF HE COULD ARRANGED WITH UNIT-MANAGER BAYSORE, OR HAVE BAYSORE PICKED UP THE AFFIDAVIT AND EXHIBITS AND MAILED AFTER COPY TO COURT AND U.S. ATTORNEYS IN WASHING-TON DC. DOCKERY ALSO MADE REQUEST TO FEMALE DEPUTY WARDEN MS. PACR ORALLY ON APRIL 14 2017 WHEN SHE MADE HER SHU WALK THROUGH, REGARD AFORESAID PROCEED TO BE ACCOMPLISHED. SHE TOLD DOCKERY HE SHOULD CONTACT C-1 UNIT TEAM (ETC MANAGER BAYSORE. "NOTICE SHU WALKTHROUGH ONLY ON FRIDAYS."

ABOUT APRIL 14, 2017 BALTAZAR MADE (Pg#16 HIS WALK THROUGH SHU. HE CAME TO DOCKERY'S ASSIGNED SHU CELL IN HOSTILE FASHION ABOUT DOCKERY REQUEST TO HIM. DOCKERY EXPLAIN ORALLY THAT HE HAS THE AFORESAID DOCUM-ENTS TO BE PROCEED AND MAIL TO AFORESAID.

(D Attach Pg 3 Continues)

✱2 NOTICE ANY DISCREPANCY WITH THE DATE RARDIN, GIALLELO, AND BALTAZAR GTOOK THE AFFIDAVIT AND EXHIBITS, THEY ONLY WALKTHROUGH

(D Attach Pg. 4)

ON MAY 5, 2017 DEPUTY WARDEN RARDIN CAME TO DOCKERY ASSIGNED SHU cell. HE WANT TO KNOW WHAT DOCKERY PROBLEM CLAUSE HIM TO WRITE WARDEN BALTAZAR DOCKERY told HIM HE HAS AN AFFIDAVIT, AND EXHIBITS TO BE COPIES AND MAIL TO AFORESAID. HE TOLD DOCKERY HAVE IT READY NEXT FRIDAY MAY 12, 2017 WHEN THEY MADE THEIR WALK THROUGH HE WILL DO IT. FRIDAY MAY 12, 2017, RARDIN AND HIS LIEUTENANT GALLELA CAME TO DOCKERY ASSIGN CELL IN CANAAN SHU. GALLELA ASKED DOCKERY IF HE GOT THOSE DOCUMENTS FOR THE WARDEN. RARDIN WAS STANDING TO LEFT SIDE FACING DOCKERY'S ASSIGNED CELL SLOT DOOR WHILE GALLELA WAS STANDING ON THE RIGHT SIDE FACING DOCKER CELL SLOT DOOR. GALLELA ASK DOCKERY IF HE HAD THE DOCUMENTS FOR THE WARDEN. DOCKERY RESP-OND YES AND TOOK UP THE ENVELOP AND GALLELA OPEN the CELL SLOT DOOR DOCKERY GAVE IT TO HIM. WHEN THEY WALK OFF RARDIN MADE A STATEMENT YOU TRYING TO FUCK ME BUT NOW YOU WANT ME DO YOU A FAVOR. ON MAY 19, 2017 WHEN THE WARDEN — MADE THEIR SHU WALK THROUGH DOCKERY ASKED RARDIN FOR HIS ORIG-ENAL DOCUMENTS. RARDIN HOLLER TO GALLELA A FEW CELLS AWAY ABOUT AFORESAID DOCU-MENTS. GALLELA HOLLER IN PRESENCE OF BALTAZAR I GAVE IT TO UNIT TEAM. THEN ALL HURRY AND WALK FAST OFF (Pg #17) THE TEAR.

**4 PRESERVED THE FOOTAGE FROM CAMERIA MAY 12, 2016 RARDIN/GALLELA, TOOK AFFIDAVIT FROM DOCKERY

(D AHACH Pg 5)

THAT DEFENDANT UNITED STATES WAS LIABLE FOR Its Employees NEGLIGENCE ACTION OF BREAKING THE LAW OR O F NONFULFILLMENT OF AN OBLIGATION, TAKING AND/OR CONFIS-CATE HIS COURT AFFIDAVIT AND ORIGINAL EXH-IBITS. DOCKERY SUFFER LEBERTY INTEREST IN NOT BEING Able To OBTAIN HIS FREEDOM FROM TIEME THEY CONFISCATED HIS AFFIDAVIT IN 2016. THAT HE HAD AN UNDERLYING MERITOUS LEgal clas REGARDING HIS CONVICTION THAT HE WAS BLOCKED OR HENDERED IN RESPONDING WITH PRESENTING THIS MERITOUS LEgal claim to THE COURT Due to THE CONFISCATED OF HIS AFFIDAVIT AND EXHIBITS LEFT HIM TO DEAD IN PRISON." NOTICE SHU WALK THROUGH ONLY DONE FRIDA

(D AHACH Pg 5 CONTENUE)              ("Pg#18)

THAT DEFENDANTS UNITED STATES IS LIABLE FOR ... Employee CONDUCT ABOVE IN THE SUM OF $6,000,000.00. NOTICE: DEFENDANT UNITED STATES IS ALSO LIABLE FOR ITS INDIVIDUAL EMPLOYEES NEGLIGENT, FAILED TO PROVIDE CONJUGAL VISITS TO ITS PRISONERS CAUSE PRISONERS BE URGED TO CREE OUT THEIR BONK MASTURBATING OVER HIS FACE & TOUCHING HI BI. THIS CASE IS NOT LIKE HECK V. HUMPHREY, 512 U.S. 477, (114 S.CT. 2364, 129 LED-2D 383 (1994). WHERE DOCKERY IS CHALLENGING THE CONVICTION. DO TAKE NOTICE DOCKER, IS CHALLENGING PRISON GUARDS WILLFULLY, RECKLESS AND MALICIOUSLY CONFISCATION OF HIS U.S. DISE RICT COURT ORDER RESPONSIVE AFFIDAVIT AND ITS ORIGINAL EXHIBITS, ON MAY 12, 2017 NOTICE ANY DISCREPANCY IN DATE OF TAKING HIS AFFIDAVIT AND EXHIBITS FROM HIM, IS DUE TO ABSENT OF CALENDAR IN SHU AT THE TIME HE REPORT THE MALICIOUS CONFISCA.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). COLEMAN-1 AND USP BIG SANDY. USP CANAAN BUT TRANSFER TO ONLY WHAT WAS AVAILABLE. DOCKSORY EXHAUST

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

(Pg #19)

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? IT COVER MY CLAIM FOR THE WARDEN, DEPUTY WARDEN, AND LIEUTENANT. TAKE IT HAPPEN NOT TO BE FILED IN COURT OF U.S. DISTRICT COURT D.C. MARIS ATTORNEY OFFICE OF BUT DID NOT DO SO NOR RETURN ORIGINAL TO DOCKORY.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes *exh*

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

(Pg#2

E.  If you did file a grievance:

1.  Where did you file the grievance? I MAIL CERTIFIED MAIL WITH BP-9 TO USP CANAAN, FROM U.S.P. COLEMAN-1 PEN, CENTURY MAIL RECEIPT # 7010-1870-0001-7496-5845, BUT NEVER GOT RESPOND. I FILED BP-10 WHILE HOUSED IN COLEMAN-1, PEN, BUT I GOT NO RESPOND. MAY THIS #928636-R1, DATE 3-14-2018, AND N928636-F1 DATE 4/25/2018. BP-11 WAS GIVEN TO USP BEAUMON COUNSELOR 9/12/18. I GOT NO RESPOND. I GAVE HIM TO FILED ON 1/14/2019. ST DATE 4/02/18.

2.  What did you claim in your grievance? MY CLAIM IN THE GRIEVANCE IS THE TAKING OF MY AFFIDAVIT & EXHIBITS TO SUPPORT, AND FAILED TO FILED IT WITH THE COURT, WHO IN WHITWORTH COUNSELOR, AND REFUSING TO RESPOND TO DOCKET IN SPECIAL HOUSING UNIT IN USP CANAAN, AND THE LIEUTENANT GIMELLI, DEPUTY WARDEN KAUFFMAN, AND THE SIS OF THE S.H.U. BUTTS WHO FAILED OR REFUSES TO RESPOND TO ME. THEY ALL FAILED AND CONFISCATED MY COPY AND WHEN I FILED BP-10 USP BEAUMONT COUNSELOR FOR MY RESPOND BP-10 AND M. WEISS FAILED TO RESPOND ON THE STATUS OF MY BP-10-AND BP11

3.  What was the result, if any? YES BECAUSE I HAVE NOT RECEIVED A RESPOND ON NO GRISMAIL CERTIFIED BP9 TO CANAAN; I GAVE COUNSELOR McLASH AT COLEMAN-1 PEN MY BP-10, ABOUT THE SUBJECT MATTER AFFIDAVIT, I GAVE COUNSELOR BANBAON AT USP BEAUMONT MY BP11, THEY ALL REFUSES TO RESPOND TO ME. I RE-CEIVED NO RESPOND BP-9, BP-10, OR BP-11. THIS PROCESS UNAVAILABLE.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* I GAVE BEAUMONT COUNSELOR BP-11, TO BE MAILED TO GENERAL COUNSEL O.C. I HAVE NOT RECEIVED ANY RESPOND. THE DATE WHEN I GAVE CAN GAVE THE BP11 WAS 1/14/2019. SUBJECT MATTER WARDEN 9 HES LT. TAKE MY AFFIDAVIT AND EXHIBITS IN CANAAN SHU BUT REFUSES TO RETURN MY ORIGINAL AND MAIL-ING WHEN BUT NOT CONVERT TO MAKE COPIES

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

IAS I SAID I FILED BP-10 WITH REGIONAL
COUNSELOR AT COLEMAN-1 PEN SHU WITH
I SENT TO USP CANNAN VIA CERTIFY MAIL FROM
COLEMAN ONE BP-11 11/3/2019 BUT NO RESTONE
SUBJECT MATTER APPLICABLE WAS TAKEN IN SHU

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed,
when and how, and their response, if any: I FILED GRIEVANCE
BUT THE PROCESS WAS BECOM UNAVAILABLE
BECAUSE I DID NOT OBTAIN ANY RESPONSE
EVEN THOUGH I DID OBTAIN AND DID AND
I OBTAIN NON-RESPONSE.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. OCTOBER 10, 2017 I FILED CERTIFY MAIL #7010-1870-
0001-7446-5845 FROM USP COLEMAN-1 PEN TO USP CANNAN
ADMINISTRATIVE COORDINATOR I FILED BP-9 BUT I GOT NO
RESPOND. ON 11/3/2017 INST. COLEMAN-1 PEN I FILED BP-
10, SUBJECT MATTER WAS APPLICABLE TAKEN FROM DOLEY IN SHU
I GOT NO RESPONSE. ON 1/14/2019 I GAVE COUNSELOR BANGART USP
BEAUMONT BP-11 TO BE MAILED. SUBJECT MATTER (SAME) I GET
(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.) COPY OF CERTIFY RECEIPT FOR BP-9 (ATTACH)
COPY OF BP-10, DATE 11/3/17 IS ATTACH; COPY OF BP-11 STATES
DATES 1/14/2019 I GAVE COUNSELOR BANGART ORIGINAL
BP-11 TO BE MAIL TO GENERAL COUNSEL'S OFFICE.

VIII.   **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

(Pg #21

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____N/A_____

   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number

   _____N/A_____

4. Name of Judge assigned to your case

   _____N/A_____

5. Approximate date of filing lawsuit

   _____N/A_____

6. Is the case still pending?

   ☐ Yes        N/A                    (Pg #22)

   ☐ No

   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)  JASPER DOCKERY

Defendant(s)  MIA-DRIANA, WARDEN, GARDEN, DEPUTY WARDEN, MUSHAYA, CASE WORKER, BRYSORE, UNIT MANAGER et al

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number   16-CV-2123

4.    Name of Judge assigned to your case   HONORABLE JUDGE MUNLEY

5.    Approximate date of filing lawsuit   10/14/2016.

6.    Is the case still pending?

☐ Yes

☑ No

(Pg#2

If no, give the approximate date of disposition   APRIL 10, 2018

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     8/25/2019

Signature of Plaintiff     *Jasper Dockery*

Printed Name of Plaintiff     JASPER DOCKERY

Prison Identification #     #39683 1053

Prison Address     USP BEAUMONT P.O. Box 26035

BEAUMONT TEXAS 77720

| City | State | Zip Code |

IN CASE DOCKERY BECOME DEAD BEFORE THIS LAW
SUIT BECOME FINAL. HE IS ASKING THE COURTS TO PER-
MIT HIS DAUGHTER VANESSA DALRYMPLE BE THE REPRESENTIVE
OF HIS ESTATE IN THIS MATTER. USE AN ATTORNEY.

(Pg#24)

### B.   For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

| City | State | Zip Code |

Telephone Number     _____

E-mail Address     _____

# CERTIFICATE OF SERVICE

I, Jasper Dockery, do, hereby, certify under the penalty of perjury (28 U.S.C. §1746) that I have served a true and correct ORIGINAL following document(s): CIVIL RIGHT COMPLAINT MARSHALSERVICE PROCESS BUT NOT LIMITED TO FTCA CLAIM 240 1/b) AND 267500 ON MAGENNIE THE UNIT MANAGER, AT U.S.P BEAUMONT TO MAKE COPIES & PROVID PRIORITY ENVELOP-1, FOR MAILING, UND POSTAGE UNITED DISTRICT COURT MIDDLE DISTRICT OF PA. 235 NORTH WASHINGTON AVE, P.O. BOX 1148 SCRANTON, PA. ON AUGUST 27, 2019. UND RETURNED THEM TO DOCKERY FOR INSPECTION AND CLOSING INS ENVELOP FOR MAILING TO AFORESAID COURTHOUSE.

which, pursuant to Houston v. Lack, 487 U.S. 266, 101 L.Ed. 2d 245, 108 S.Ct. 2379 (1988), is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have place the material referenced above in a properly sealed enveloped with first-class postage (stamps) affixed and I addressed it to: supra paragraph address ;

(Pg #2)

PLEASE MAKE ME FOUR COPIES OF THE SAID PROCESS ABOVE

(8/27/2019) Respectfully submitted,

Jasper Dockery

Reg. No. 39631053
U.S. Penitentiary Beaumont
P.O. Box 26030

—

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: JASPER DOCKERY     39631053   1A-UNIT   USP Coleman-1
     LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A - REASON FOR APPEAL   Date issued 11/7/2017 mb   USP Canaan

I AM APPEALING MY BP-9 THAT I MAIL CERTIFIED TO USP CANAAN ON ABOUT 10-5-17. AS OF TODAYS DATE I HAVE IN RECEIPT OF OF NO RESPONSE. I HAVE COPY OF THE ORIGINAL. I WILL ASK COUNSELOR BROWN TO MAKE COPY IF AFTER HE TRACKS IT HE IS UNABLE TO FOUND IT. IF HE FOUND IT HE WILL ATTACH IT AS MY APPEAL TO YOUR AGENCY. 20-DAY HAVE LONG PAST FOR BP9 DUE RESPONSE. ALL MY FACTS TO BE APPEAL TO YOUR AGENCY IS INCORPORATE IN THE BP-9. ON ABOUT MARCH 31, 2017 I WAS THROWN IN USP CANAAN SPECIAL HOUSING UNIT(SHU) ON FALSE FRAUDULENT MALICIOUS RETALIATORY UDC REPORT DESPITE ITS STATUTS FOR BOP PRISON OFFICIALS TO PUT INMATES IN SPECIAL HOUSING UNIT (SHU) USE OF UDC-REPORT. NOTICE DURING THIS TIME I WAS HELD IN CIANAAN SPECIAL HOUSING UNIT I WAS FORCED TO SHARE CELL WITH INMATE-COBRA WHO SEXUALLY ASSAULTED MY USP CREEP CELL WITH ME AND JACKING UP HIS PENE FROM ME WHILE HE THINK I AM SLEEP (WHILE 15-17). WHEN I TALK TO HIM HE MADE THREATENING STATEMENT TO DO HARM. I AM TALK ABOUT INMATE CELL #

DATE                  Jasper Dockery     SIGNATURE OF REQUESTER

Part B - RESPONSE

(Pg #49)

_____
DATE                  REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

Part C - RECEIPT

                              CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____
DATE               SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

BP-10 ATTACHMENT
Subject-matter
Affidavit 11/13/17 BRVO

DISTRICT COURT FOR DISTRICT OF
COLUMBIA 333 CONSTITUTION AVE
N.W. WASHINGTON D.C. COURT CLERK.
BUT THE AFORESAID NAMES CANAAN
PRISON OFFICIALS NEVER RETURN
DOCKERY'S ORIGINAL DOCUMENTS
AFFIDAVIT AND ITS EXHIBITS TO
HIM AT CANAAN SHU TEAR A-LONE

THAT COURT DOCKET HAS SHOWN
THEY NEVER FILED THE AFFIDAVIT AND
EXHIBITS WITH THE COURT THE
LAST TIME WHEN DOCKERY SPOKEN
TO RIARDON ABOUT THE MATTER
WHEN HE WALK THROUGH SHU. RIAR-
DON'S RESPOND TO DOCKERY TO
FILE ADMINISTRATIVE REMEDY.

NOTICE NO ADMINISTRATIVE
REMEDY WAS AVAILABLE TO DOCKERY
IN SHU BECAUSE MOST OF THE TIME
UNIT-TEAM REFUSES TO STOP AT DOCK-
ERY SHU CELLS DOOR.

SEE ALSO HOUSTON V. LOCK (1988) 487
U.S. 266, 101 L.ed. 2d 245, 108 S.CT. 2379 (1)
NOTICE OF APPEALS BY PRISONERS WHO REPRESENT THEM-
SELVES ARE TO BE CONSIDERED FILED, FOR PURPOSES OF RULE
4(a)(1), AT THE MOMENT SUCH NOTICE ARE DELIVERED
TO PRISON AUTHORITY FOR FORWARDING TO THE COURT
CLERK.

(P) HS,

U.S. Department of Justice                    Central Office Administrative Remedy Appeal

_____

NOTICE DATE WARDEN TAKE APPIDAVIT MAY 12 2017

Type or use ball point pen. If attachments are needed, submit four copies. ...
ments ...

From: Dockery Jason     Reg No: 39637-052     Unit: FJ6     Institution: Beaumont
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A - REASON FOR APPEAL  BECAUSE I AM STILL WITHOUT MY LEGAL MATE
I AM UNABLE TO PROVIDE EXACT DATE AND TIME OF EVENT
DURING MY STAY CONFINEMENT IN USP CANAAN SHU Wh
BRAUN 2ND DEPUTY WARDEN KAUFEN AND LIEUTENANT GALLEY
ARRANGE WITH DOCKERY TO PICK UP HIS COURT SPAPE
QUESTS ONE AFFIDAVIT AND ITS SEVERAL PHOTOS E
MAKING COPIES MAIL TO US POSTOFFICE COURT CLERK DISTRICT
COLUMBIA MAIL ONE SET TO US ATTORNEY OFFICE ESS WITH
WASHINGTON DC JUDICIARY FENCED AND PROCEDURE MY CAS
LIAL TO ME A US CANAAN SHU WHEN NEVER PAID SOL THE
VIOLATE US SUPREME COURT CASE LAW HOUSTON V LOCK
NOTICE DURING MY CONFINEMENT IN USP COLEMAN ONE PEN SHU
I FILED BP-10 WITH N P REGIONAL DIRECTOR ABOUT THIS EVE
COMPLAIN OF HELON N G OFFICE SEND THE BP-10 BACK TO M
TO OS FILED SAYING CANNOT BE REASON OR THE ROOM FOR US
COLEMAN ONE PEN I CANCELED BY FOOD COUNSELOR MCDING BY
COLEMAN ONE PEN TO RE SUBMT COTTIS REGIONAL DISCOURSE E
ASK MY RETIRN COUNCILOR BANGARD AT US? BEAUMONT TO GE

9/12/18  (SEE ATTACH PG-BP-11)   [signature] SIGNATURE OF REQUESTER

Part B - RESPONSE

ON 1/14/2019 I GAVE COUNCILOR BANGARD TH
ORIGINAL BP-11 IN A SEAL ENVELOP WITH 1A
49¢ STAMP TO BE MAIL TO GENERAL CUUNCILL
OFFICE IN WASHINGTON D C

(PG#46

_____

_____ DATE                           GENERAL COUNSEL _____

ORIGINAL: RETURN TO INMATE                     CASE NUMBER _____

Part C - RECEIPT

                                               CASE NUMBER _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUT

SUBJECT _____

                                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

(Pg-11 Attach pg) (9/12/18)

OR PROVIDE ME PRINTOUT OF MY ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL STATUS REMEDY ID NO SUBJECT: WARDEN TAKE AFFIDAVIT FROM DOCKERY IN CANAAN'S SHU TO MAKE COPIES FOR MAIL TO U.S. DISTRICT COURT DISTRICT OF COLUMBIA AND U.S. ATTORNEYS' OFFICE 555 FOURTH ST. N.W. D.C. RETURN ITS ORIGINAL TO DOCKERY IN CANAAN (SHU). THEY NEVER SATISFIED NOT OF THIS REQUIREMENT EXCEPT TAKE THE AFFIDAVIT FROM DOCKERY. BECAUSE UNIT MANAGER MS. BAYSORE AT USP CANAAN WERE MALICIOUSLY AND/OR INTENTIONALLY RETALIATION AGAINST DOCKERY FOR FILING LAW SUIT AGAINST HER AND AFORESAID DEPUTY WARDO/WARDEN, WHEN WARDEN TAKE THE AFFIDAVIT FROM DOCKERY. HE INSTRUCTED LT. GALLER TO DO. WHEN BOTH MEN WALK OFF FROM DOCKERY SHU ASSIGNED CELL IN USP CANAAN. WARDEN MAKE STATEMENT (YOU) DOCKERY TRY TO FUCK HIM BUT NOW YOU DOCKERY WANT HIM TO DO YOU DOCKERY FAVOUR. NOTICE IF DOCKERY HAD THE SLIGHTEST IDEA HE WAS ASKING WARDEN FAVOUR HE WOULD NOT HAD GAVE HIM AND/OR GALLELA HIS PAPER. BUT DOCKERY THOUGHT WARDEN WAS ONLY DOING HIS JOB. BECAUSE BAYSORE HAD REFUSED TO HAVE IT DONE OR DO IT HERSELF.

PLEASE PROVIDE ME BP-10 FILE NUMBER. PLEASE PRESERVED THE CAMERA FOOTAGE FOR TIME AND DATE WARDEN PICK UP THE PAPERS IN CANAAN SHU.
U.S. ATTORNEY AT 555 4TH ST, AND U.S. DISTRICT COURT DC CLERK HAS TIME AND DATE SUBJECT-MATTER.

NOTICE. REASON FOR NOT HAVE TIME AND DATE USP (Pg-12)
COLEMAN-1 PROPERTY OFFICE MORALEZ, ITS LIEUTCHANAN SHIPPY. AT COLEMAN LOW SHU, AND ITS CAPTAIN MR. BRANCH. AT COLEMAN-1 JOINED PLAN RETALIATION TO HOLD MY COURT LEGAL PAPERS AND REFUSES TO SEND THE PEN HAVE OF BOXES I ACHIEVED AT COLEMAN-CORRECT NUMBER WITH (7-BOXES) TO MY DESIGNATED REG-R&D ADDRESS USP BEAUMONT PEN. U.S.P. BEAUMONT R&D OFFICER IS CLAIMING HE ONLY IN RECEIPT OF 5-BOX. ~~NOTICE MY~~ ~~BOX OR I RECEIVED AT USP COLEMAN EACH~~ ~~BOXES WERE WEIGH TO DETERMINE EACH~~ ~~COST OF SHIPMENT FOR EACH BOXES ALL~~ ~~BOXES OF SHIPMENT HAS TRACKING NUMBER~~ ~~IT IS A POLICY FOR 1-BOX DECEPTIVE STATE~~ ~~TO TAKE PRISONERS LEGAL COURT PAPERS RETRIBUT~~ BOX. (THANK YOU AGAIN)

COPAW          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-09-2018
PAGE 025 OF 025 *                SANITIZED FORMAT             *        18:42:07
REMEDY-ID    SUBJ1/SUBJ2  ------------------------ABSTRACT----------------------
             RCV-OFC     RCV-FACL    DATE-RCV     STATUS    STATUS-DATE


935267-F1    25FS/       RQST TRUST FUND ACCT UNFROZEN; DEN'D INDIGENT STATUS
             COP          COP        03-28-2018     REJ      03-28-2018


936200-F1    33FS/34AS   RETALIATION; MISHANDLING LEGAL MAIL; SEX ASSAULT
             COP          COP        04-06-2018     REJ      04-06-2018




                    140 REMEDY SUBMISSION(S) SELECTED
   G0000          TRANSACTION SUCCESSFULLY COMPLETED                (Pg #48)

```
  COPAW          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-09-2018
 PAGE 024          *             SANITIZED FORMAT              *        18:42:07
 REMEDY-ID      SUBJ1/SUBJ2 -------------------ABSTRACT---------------------
                RCV-OFC    RCV-FACL    DATE-RCV      STATUS    STATUS-DATE


 873976-R1      26AM/      I/M WANTS TO BE SEEN BY MEDICAL
                NER        COP         03-12-2018    REJ       03-14-2018


 857395-R1      26BM/      I/M ALLEGES INADEQUATE MEDICAL CARE.
                NER        COP         03-12-2018    REJ       03-14-2018


 928636-R1      26AS/26DS  STATES RX WAS TAKEN WHEN PLACED IN SHU; RQST RX
                SER        COP         03-13-2018    REJ       03-14-2018


 930889-R1      37AS/      ALLEGE STAFF SEXUALLY ASSLTD HIM; RQST SEXUAL FAVOR
                SER        COP         03-13-2018    REJ       03-14-2018


 857395-A1      26BM/      I/M ALLEGES INADEQUATE MEDICAL CARE.
                BOP        COP         03-13-2018    REJ       03-20-2018


 859149-A1      16FM/33ZM  I/M WANTS STAMPS - CLAIMS HE IS INDIGENT
                BOP        COP         03-13-2018    REJ       03-20-2018


 G0002          MORE PAGES TO FOLLOW . . .
```

(Pg#49)

PR15

```
COPAW              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-09-2018
PAGE 023              *          SANITIZED FORMAT            *           18:42:07
REMEDY-ID    SUBJ1/SUBJ2  ------------------ABSTRACT------------------------
             RCV-OFC    RCV-FACL     DATE-RCV      STATUS    STATUS-DATE


918342-F1    33GM/34AS   DENIED ACCESS TO COURT DOCS AND COURT; RETALIATION
                COP         COP       10-12-2017     REJ       10-13-2017


928636-F1    26AS/26DS   STATES RX WAS TAKEN WHEN PLACED IN SHU; RQST RX
                COP         COP       01-25-2018     CLO       02-06-2018


930889-F1    37AS/       ALLEGE STAFF SEXUALLY ASSLTD HIM; RQST SEXUAL FAVOR
                COP         COP       02-14-2018     CLO       02-16-2018


931270-R1    33FM/       LEGAL MAIL
                SER         COP       02-20-2018     REJ       02-20-2018


931628-F1    20DM/25ZM   DENIED USE OF TYPEWRITER; RQST DHO EXP; FALSIFIED IR
                COP         COP       02-22-2018     REJ       02-22-2018


933560-R1    33HS/       CLMS AD REMS NOT ANSWERED WHILE AT CAA
                NER         COP       03-12-2018     REJ       03-13-2018


G0002      MORE PAGES TO FOLLOW . . . .
```

(P9#50)

Vanessa Dalrymple
193 Beach 112st
Rockaway Park NY 11694







7016 1370 0002 0552 8913

RECEIVED
SCRANTON

SEP 1 5 2020

PER_____
DEPUTY CLERK

Off of the clerk
William J. Nealon Federal Building
U.S. Courthouse
235 N. Washington Ave
P.O Box 1148
Scranton PA 18501