**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JASPER L. DOCKERY,

      Plaintiff.

    v.

BALTAZAR, WARDEN, *et al.*,

      Defendants.

No. 4:20-CV-01676

(Judge Brann)

## ORDER

**MAY 19, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss[1] is **GRANTED**;

2. Plaintiff's complaint is **DISMISSED** with prejudice in its entirety;

3. The Clerk of Court is further directed to **CLOSE** this case;

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

      BY THE COURT:

      *s/ Matthew W. Brann*
      Matthew W. Brann
      United States District Judge

---

[1] Doc. 16.